UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBIN P. MITCHELL, | ) | No. CV 07-03042-VBK |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the decision of the Commissioner is reversed, and the matter is remanded for a new hearing consistent with the Memorandum Opinion.

DATED: March 6, 2008                /s/
                                    VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE