**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-3042 ODW<br>Bkrptcy No.: 06-MP-00101-GM<br>Advrsry No.: ADV 05-01172-GM | Date | May 8, 2008 |
|---|---|---|---|
| Title | In Re: Ponzi Scheme Issues Trial in Midland Euro Consolidated Cases<br>Avraham Cohen, Appelant v. Christopher Barclay, Appellee | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):              Attorneys Present for Defendant(s):

Not Present                                                         Not Present

**Proceedings (IN CHAMBERS):**    Order to Show Cause re Dismissal for Lack of Prosecution

On June 13, 2007 the District Court issued a briefing schedule and notice of entry [Docket No. 11]. Appellant's opening brief was to be filed on or before June 28, 2007. To date, no brief has been filed.

Accordingly, the Court, on its own motion, hereby orders Appellant to show cause in writing no later than **Friday, May 23, 2008** why this appeal should not be dismissed for lack of prosecution.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

|  |  | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | RGN |  |